MORGAN, LEWIS & BOCKIUS LLP
Douglas R. Hart (*pro hac vice*)
Sheryl Horwitz (*pro hac vice*)
Anahi Cruz (*pro hac vice*)
Eva Nofri (*pro Hac Vice*)
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071
douglas.hart@morganlewis.com
sheryl.horwitz@morganlewis.com
anahi.cruz@morganlewis.com
eva.nofri@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Damon C. Elder (OSB No. 085313)
1301 Second Ave., Suite 2800
Seattle, WA 98101-3807
damon.elder@morganlewis.com

*Attorneys for Defendants*

*Additional Attorneys Listed on Next Page*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| JULIANNE HUNTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEGACY HEALTH, LEGACY EMANUEL MEDICAL CENTER, LEGACY EMANUEL HOSPITAL & HEALTH CENTER, LEGACY HEALTH PARTNERS, LLC, RANDALL CHILDREN'S HOSPITAL AT LEGACY EMANUEL,<br><br>Defendants. | Case No. 3:18-CV-02219-AR<br><br>CLASS AND COLLECTIVE ACTION<br><br>**JOINT MOTION TO CONTINUE FINAL APPROVAL HEARING** |

Joint Motion to Continue Final Approval Hearing
Case No. 3:18-CV-02219-AR

156294722.1

Dana L. Sullivan
Oregon Bar No. 944834
BUCHANAN ANGELI
ALTSCHUL & SULLIVAN LLP
921 SW Washington Street, Suite 516
Portland, Oregon 97205
Tel:  (503) 974-5023; Fax: (971) 230-0337
dana@baaslaw.com
*Local Counsel for Plaintiff*

Carolyn H. Cottrell (*pro hac vice*)
Robert E. Morelli, III (*pro hac vice*)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel:  (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
rmorelli@schneiderwallace.com
*Lead Attorney for Plaintiff*

## MOTION

The Parties, by and through their counsel of record, hereby move to continue the date for the Final Approval Hearing and associated briefing scheduling for good cause shown, as set forth below.

## MEMORANDUM

Since the Court granted Plaintiff's Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement on September 19, 2024, the Parties diligently progressed the administration of the Settlement. Defendants timely provided class data required by the Settlement Agreement to the Settlement Administrator on October 18, 2024. However, on October 21, 2024, after reviewing and processing the data, the Settlement Administrator requested additional data points from Defendants to accurately estimate the workweeks and settlement payments for class members. Based on the scope of updated data points required, and that Defendants are undergoing a migration to the system that stores the information requested by the Settlement Administrator, Defendants estimate they will need approximately two to four (2-4) weeks to provide the supplemental data to the Settlement Administrator. Because the Settlement Agreement provides that the Notices will be mailed only five business days after Defendants provide the Settlement Administrator initial data, the Parties believe that a continuance of the Final Approval Hearing is necessary to allow the Parties and Settlement Administrator time to generate updated data and estimate accurate settlement payments, to allow Settlement Class Members sufficient time to review the Class Notice and other pertinent materials, and so that timely opt-out requests are received sufficiently in advance of the Final Approval Hearing. Therefore, the Parties respectfully request that the Court continue the December 18, 2024 Final Approval Hearing to January 23, 2025 at 11 am, or a time that is convenient for the Court, in order to effectuate the Court-ordered notice plan and provide Class Members with the Court approved 45 days for the Response Deadline as set forth in the Court's Order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class and Collective

Action Settlement. This motion is made in good faith and not for purposes of delay. For the reasons set forth above, good cause exists to grant this motion.

_____.

RESPECTFULLY SUBMITTED AND DATED this 5th Day of November, 2024

/s/ Robert E. Morelli, III
Carolyn H. Cottrell (*pro hac vice*)
Robert E. Morelli, III (*pro hac vice*)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street. Suite 1400
Emeryville, CA 94608
Phone: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
rmorelli@schneiderwallace.com

Dana L. Sullivan (OSB No. 944834)
**BUCHANAN ANGELI**
**ALTSCHUL & SULLIVAN LLP**
921 SW Washington St., Ste. 516
Portland, OR 97205
Phone: (503) 974-5023; Fax: (971) 230-0337
dana@baaslaw.com

*Attorneys for Plaintiff, Class and Collective Members*

/s/Anahi Cruz
Damon C. Elder (OSB No. 085313)
**MORGAN, LEWIS & BOCKIUS LLP**
1301 Second Ave., Suite 2800
Seattle, WA 98101-3807
Emil: damon.elder@morganlewis.com

Douglas R. Hart (Admitted *Pro Hac Vice)*
Sheryl K. Horwitz (Admitted *Pro Hac Vice*)
Anahi Cruz (Admitted *Pro Hac Vice*)
Eva Nofri (Admitted *Pro Hac Vice*)
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
douglas.hart@morganlewis.com
sheryl.horwitz@morganlewis.com
anahi.cruz@morganlewis.com
eva.nofri@morganlewis.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, District of Oregon, by using the Court's CM/ECF system on November 5, 2024

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

>                           */s/ Monica Brennan*_____
>                                   Monica Brennan