UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| JULIANNE HUNTER and MYA BLUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEGACY HEALTH, LEGACY EMANUEL MEDICAL CENTER, LEGACY EMANUEL HOSPITAL & HEALTH CENTER, LEGACY HEALTH PARTNERS, LLC, RANDALL CHILDREN'S HOSPITAL AT LEGACY EMANUEL,<br><br>Defendants. | Case No. 3:18-CV-02219-AR<br><br>CLASS AND COLLECTIVE ACTION<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF SERVICE AWARDS & ATTORNEYS' FEES AND COSTS** |

The Court, having reviewed Plaintiffs' Unopposed Motion for Approval of Service Awards & Attorneys' Fees and Costs and finding good cause shown, hereby **GRANTS** the motion and **ORDERS** that:

1. Class Counsel, Schneider Wallace Cottrell Konecky LLP ("SWCK") and Buchanan Angeli, Altschul & Sullivan LLP ("BAAS") (together "Class Counsel") are awarded $4,833,333.00 in attorneys' fees, representing one third of the Gross Settlement Amount. This is reasonable given the excellent result achieved.

2. Class Counsel are also awarded $131,382.97 in final costs, all of which were reasonable and necessary to reach this result for the Class and the Collective.

3. The Court also approves the requested service awards, totaling $50,000.00, for the Named Plaintiffs given their critical role in obtaining this outstanding settlement.

4. The Court also approves actual costs of $78,500.00 to CPT Group, Inc. for their role as Settlement Administrator.

**IT IS SO ORDERED.**

Date: _____          _____
                                                         Hon. Jeff Armistead
                                                        United States Magistrate Judge